170 So.2d 864

**Mrs. Marion G. KENDALL**

**v.**

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS, and Atlas Construction Company, Inc.**

No. 47580.

Feb. 5, 1965.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Lincoln. 168 So.2d 840.

Writ refused. On the facts found by the Court of Appeal the result is correct.

McCALEB, J., concurs, being of the opinion relator is liable under Art. 2315 of the Civil Code.

170 So.2d 864

**Joe J. MILLER, individually and on behalf of his minor daughter, Darla Gail Miller,**

**v.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.**

No. 47581.

Feb. 5, 1965.

In re: Joe J. Miller, individually and on behalf of his minor daughter, Darla Gail Miller, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 169 So.2d 743.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

170 So.2d 864

**DILLARD UNIVERSITY**

**v.**

**LOCAL UNION 1419, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, and Clarence Henry.**

No. 47582.

Feb. 5, 1965.

In re: Dillard University applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 169 So.2d 221.

The application is denied. There appears no error of law in the judgment complained of.

SANDERS and SUMMERS, JJ., are of the opinion the writ should be granted.